UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )
                                    )
            v.                      )        Cause No. 2:22-CR-024-PPS-JPK
                                    )
DAMARIS PERRY,                      )
                                    )
        Defendant.                  )

## <u>ORDER</u>

This matter is before me on the findings and recommendation of Magistrate Judge

Joshua P. Kolar relating to Defendant Damaris Perry's agreement to enter a plea of

guilty to Count 4 of the Indictment, pursuant to Rule 11 of the Federal Rules of Criminal

Procedure. [DE 20.] Following a hearing on the record on July 25, 2022 [DE 23], Judge

Kolar found that Defendant understands the charges, his rights, and the maximum

penalties; that Defendant is competent to plead guilty; that there is a factual basis for

defendant's plea; and that Defendant knowingly and voluntarily entered into his

agreement to enter a plea of guilty. Judge Kolar recommends that the Court accept

Defendant's plea of guilty and proceed to impose sentence. The parties have waived any

objection to Judge Kolar's findings and recommendation.

   **ACCORDINGLY:**

Having reviewed the Magistrate Judge's findings and recommendation

concerning Defendant Damaris Perry's plea of guilty, to which both parties have waived

any objection, the Court hereby **ADOPTS** the findings and recommendation [DE 23] in their entirety.

Defendant Damaris Perry is adjudged **GUILTY** of Count 4 of the indictment, a charge of making a false statement with respect to information required by law to be kept in the records of a federally licensed firearms dealer, in violation of 18 U.S.C. § 924(a)(1)(A).

The sentencing hearing is set for **October 18, 2022 at 10:00 AM Hammond / Central time**.

**SO ORDERED** on August 9, 2022.

 /s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT